| | |
|---|---|
| Janella T. Gholian (SBN 258155)<br>    janella.gholian@katten.com<br>KATTEN MUCHIN ROSENMAN LLP<br>2029 Century Park East<br>Suite 2600<br>Los Angeles, CA 90067-3012<br>Telephone: 1.310.788.4400 | Floyd A. Mandell (*pro hac vice*)<br>    floyd.mandell@katten.com<br>Carolyn M. Passen (*pro hac vice*)<br>    carolyn.passen@katten.com<br>KATTEN MUCHIN ROSENMAN LLP<br>525 W. Monroe Street<br>Chicago, IL 60661-3693<br>Telephone: 1.312.902.5200 |

Attorneys for Defendant 1600 Breakfast Club, LLC d/b/a The Breakfast Club

William B. DeClercq
    william@DeClercqLaw.com
State Bar No. 240538
DeClercq Law P.C.
445 Figueroa Street, Suite 3100
Los Angeles, CA 90071
Tel.: (626) 408-2150

Attorney for Plaintiff The Breakfast Klub, Inc.

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BREAKFAST KLUB, INC.,<br>                    Plaintiff,<br>        v.<br>1600 BREAKFAST CLUB, LLC d/b/a The BREAKFAST CLUB, and JOHN DOES 1-10,<br>                    Defendants. | Case No. 2:22-cv-03730 FMO (GSJx)<br>Hon. Fernando M. Olguin<br>**ORDER ON STIPULATION FOR DISMISSAL** |

|   |   |
|---|---|
| 1 | **Counsel for the undersigned parties respectfully report to this honorable** |
| 2 | **Court that the parties to this action are engaged in serious settlement** |
| 3 | **discussions and expect to resolve all outstanding issues alleged in plaintiff's** |
| 4 | **complaint and in defendant's answer to the complaint.** |
| 5 | The parties and counsel reasonably believe that this dispute will be fully |
| 6 | resolved within 30 days. |
| 7 | Accordingly, the parties respectfully ask the Court to issue an order |
| 8 | dismissing this case without prejudice. The parties agree and stipulate that if either |
| 9 | party wishes to refile this case, it must do so no later than December 2, 2024. |
| 10 | The stipulation, agreement, and request for an order inures to the benefit of |
| 11 | both parties and promotes judicial economy because it avoids accruing additional |
| 12 | legal fees and costs, and expenditure of judicial resources, while the parties work |
| 13 | cooperatively toward settlement. |
| 14 | In the event this case does not settle, the parties each reserve all their rights, |
| 15 | including without limitation, any right to pursue attorneys' fees and/or costs. |

**IT IS SO STIPULATED AND AGREED.**

Dated:  October 31, 2024                KATTEN MUCHIN ROSENMAN LLP

By: /s/_____
Attorneys for Defendant
*1600 BREAKFAST CLUB, LLC d/b/a*
*The BREAKFAST CLUB*

Dated:  October 31, 2024                DECLERCQ LAW P.C.

By: /s/_____
Attorneys for Plaintiff
*THE BREAKFAST KLUB, INC.*

---

1

**ORDER ON S**TIPULATION **F**OR **D**ISMISSAL

**ORDER**

Upon the foregoing stipulation of the parties hereto and for good cause shown, the Court hereby orders that this case is dismissed without prejudice.

**IT IS SO ORDERED.**

**Dated: November 4, 2024**

By: _____/s/_____
The Honorable Fernando M. Olguin
United States District Judge